**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _____
(State)

Case number (*If known*): _____ Chapter _____

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   JJS Transportation & Distribution Co., Inc.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)

   1 1 – 3 5 7 2 2 4 8

4. **Debtor's address**

   **Principal place of business**

   145  Hook Creek Blvd
   Number     Street

   Building B5E
   _____

   Valley Stream, NY 11581
   City                State    ZIP Code

   Nassau
   County

   **Mailing address, if different from principal place of business**

   24 Locust St,
   Number     Street

   _____
   P.O. Box

   Manhasset, NY 11030
   City                State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____

   _____
   City                State    ZIP Code

5. **Debtor's website** (URL)

   www.jjstransportation.com

Debtor     JJS Transportation & Distribution Co., Inc.           Case number (*if known*)_____
                 *Name*

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

    4   8   4   1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply*:

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  JJS Transportation & Distribution Co., Inc.  Case number (*if known*)_____
        Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☒ No
   ☐ Yes. District _____ When _____ Case number _____
                                          MM / DD / YYYY

   If more than 2 cases, attach a separate list.

   District _____ When _____ Case number _____
                                  MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☒ No
    ☐ Yes. Debtor _____ Relationship _____
           District _____ When _____
                                                            MM / DD / YYYY
           Case number, if known _____

    List all cases. If more than 1, attach a separate list.

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?**_____
                                Number     Street
    _____
    _____  _____ _____
    City                              State ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name     _____
           Phone            _____

---

**Statistical and administrative information**

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **3**

Debtor   JJS Transportation & Distribution Co., Inc.        Case number (*if known*)_____
         ―――――――――――――――――――――――――――――――
         Name

| 13. | Debtor's estimation of available funds | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|---|

| 14. | Estimated number of creditors | ☐ 1-49<br>☒ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|

| 15. | Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☒ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| 16. | Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | **Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>I have been authorized to file this petition on behalf of the debtor.<br><br>I have examined the information in this petition and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on  04/17/2023<br>           MM / DD / YYYY<br><br>X _/s/ Joe Sarcona_____    Joseph Sarcona_____<br>Signature of authorized representative of debtor    Printed name<br><br>Title  President_____ |
|---|---|---|

Debtor     JJS Transportation & Distribution Co., Inc.        Case number (*if known*)_____
           Name

**18. Signature of attorney**    ✖ _____    Date    _____
                       Signature of attorney for debtor                MM  / DD  / YYYY

_____
Printed name
_____
Firm name
_____
Number       Street
_____    _____   _____
City                                                               State        ZIP Code

_____       _____
Contact phone                                     Email address

_____ _____
Bar number                                             State

**Fill in this information to identify the case:**

Debtor name: JJS Transportation & Distribution Co., Inc.
United States Bankruptcy Court for the: Eastern District of NY (State)
Case number (If known): _____

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Airport Park LLC<br>143 Old Country Rd<br>Carle Place, NY 11514 | Brian W. Shaw<br>Golino Law Group PLLC<br>(212) 344-9300 | Litigation<br>Lease Obligations | Contingent | | | $ 2,035,546.60 |
| 2 | Interpool/Trac Intermodal<br>750 College Road East<br>Princeton, NJ 8540 | Lloyd S. Clareman<br>(212) 751-1585 | Litigation<br>Equipment Charges | Contingent | | | $ 925,000.00 |
| 3 | Gabrielli Truck Leasing LLC<br>153-20 S. Conduit Avenue<br>Jamaica, NY 11434 | Stefano Gabrielli<br>(718) 977-7348 Ext. 1007 | Equipment Lease | | | | $ 759,924.80 |
| 4 | XTRA Lease LLC<br>Po Box 219562<br>Kansas City, MO 64121 | Joseph J. Trad<br>Lewis Rice LLC<br>(314) 444-7691 | Litigation<br>Equipment Charges | Contingent | | | $ 642,463.79 |
| 5 | Maersk<br>Arrowpoint Lane<br>Charlotte, NC 28273 | Jeffrey Maidenbaum<br>Maidenbaum & Associates<br>(516)223-8553 | Litigation<br>Ocean Container Charges | Contingent | | | $ 604,000.00 |
| 6 | JJS Transportation & Distribution Co., Inc.<br>600 N 2nd StSuite 401<br>Harrisburg, PA 17101 | Joseph Sarcona<br>(610) 871-3530 | Labor Services | | | | $ 245,000.00 |
| 7 | ONE - Ocean Network Express North America Inc.<br>8730 Stony Point ParkwaySuite 400<br>Richmond, VA 23235 | Jireh Llarenas<br>(804) 430-3705 | Ocean Container Charges | Disputed | | | $ 242,392.00 |
| 8 | East Coast Transport<br>23 Mack DriveSuite 102<br>Edison, NJ 8817 | Lisa Reeves<br>Reeves McEwing LLP<br>(267) 324-3773 | Litigation<br>Drayage Services | Contingent | | | $ 165,000.00 |

Debtor: **JJS Transportation & Distribution Co., Inc.**

Case number (if known): _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Zim American Integrated Shipping Services Co., LLC<br>5801 Lake Wright Drive<br>Norfolk, VA 23502 | Natasha Nixon<br>(877) 509-3514 | Ocean Container Charges | Disputed | | | $ 125,065.00 |
| 10 | Arrow (Aron) Security<br>55 Middletown Ave<br>North Haven, CT 6473 | Amos Weinberg<br>(516) 829-3900 | Litigation<br>Security Services | Contingent | | | $ 108,000.00 |
| 11 | MSC Mediteranian Shipping Company<br>700 Watermark Boulevard<br>Mount Pleasant, SC 29464 | (843) 654-6068 | Ocean Container Charges | Disputed | | | $ 94,600.00 |
| 12 | Penske Truck Leasing<br>Po Box 827380<br>Philadelphia, PA 19182 | Dennis M. Rothman<br>LESTER SCHWAB KATZ & DWYER, LLP<br>(212) 341-4343 | Litigation<br>Equipment Lease | Contingent | | | $ 91,831.69 |
| 13 | Diesel Direct, Inc<br>Po Box 135<br>Randolph, MA 2068 | Josie Amaral<br>(617) 729-2388 | Fuel Charges | Contingent | | | $ 80,778.06 |
| 14 | Flexi-Van Leasing LLC<br>7320 E. Butherus Drive, Suite 201<br>Scottsdale, AZ 85260 | 1-866-883-5394<br>CustomerSupport@FlexiVan.com | Equipmenet Charges | Disputed | | | $ 72,826.95 |
| 15 | Express Chassis LLC<br>86 Doremus Avenue<br>Newark, NJ 07105 | Michael Darrar<br>(201) 852-6524 | Equipmenet Charges | Disputed | | | $ 29,661.00 |
| 16 | COSCO Shipping Lines North America Inc.<br>15600 Jfk BlvdSuite 400<br>Houston, TX 77032 | Sharon Zeggert<br>Metro Group Maritime<br>(212) 553-7040 | Ocean Container Charges | Disputed | | | $ 63,855.00 |
| 17 | Hamburg Sud North America, Inc.<br>4 Chase Metrotech Center<br>Brooklyn, NY 11245 | Eileen Friberger<br>MetroGroup Maritime<br>(212) 553-7041 | Ocean Container Charges | Disputed | | | $ 56,365.00 |
| 18 | Fair Trade Outsourcing<br>1 Brennan Drive<br>Bryn Mawr, PA 19010 | Carol (Yeanling) Kuo<br>(314) 398-7360 | Labor Services | | | | $ 48,160.00 |
| 19 | LHH Recruitment Solutions<br>10151 Deerwood Park BlvdBldg. 200-400<br>Jacksonville, FL 32256 | Jean Werts<br>(904) 360-2170 | Recruitment Fee | | | | $ 47,610.50 |
| 20 | Carol Brathwaite<br>Elefterakis, Elefterakis & Panek<br>80 Pine Street, 38th Floor<br>New York, NY 10005 | David Alejandro Bonilla<br>(212) 532-1116 | Litigation<br>Tort-Motor Vehicle | Contingent | | | $ Unknown |

**Fill in this information to identify the case:**

Debtor name  JJS Transportation & Distribution Co., Inc.

United States Bankruptcy Court for the: Eastern   District of NY
                                                            (State)

Case number (If known): _____

☐ Check if this is an amended filing

# List of Creditors LBR 1007-1(a)

## Chapter 11 List of Creditors LBR 1007-1(a)

**Rule 1007-1 LIST OF CREDITORS**

(a) Creditor List.

In addition to the schedules, a list shall be filed in accordance with Bankruptcy Rule 1007(a)(1) which sets forth the names of all creditors in alphabetical order (the "Creditor List"). The Creditor List shall also set forth the mailing address, zip code, and the specific amount of debt, if known, owed to each listed creditor. The Creditor List shall be provided to the United States trustee and such list shall also include the telephone number, email address and fax number of each creditor on the Creditor List, if known. The provider of the Creditor List shall certify that it is accurate.

**CERTIFICATION**

**I, Joseph Sarcona, hereby certify that the attached Creditor List is true, accurate, and complete to the best of my knowledge and belief. I have prepared this Creditor List in accordance with Local Bankruptcy Rule LBR 1007-1(a), and where available have included the names, mailing addresses, zip codes, telephone numbers, email addresses, fax numbers (if known), and specific amounts of debt owed to each creditor listed.**

Executed on  04/17/2022

**MM / DD / YYYY**

_[signature]_____     Joseph Sarcona_____

**Signature of authorized representative of debtor**     **Printed name**

| Creditor | Total | Phone | Address1 | Address2 | City | State | Zip Code |
|---|---|---|---|---|---|---|---|
| A1 Professional Cleaning and Maintenance, Inc | $ 41,596 | (516) 872-4242 | 176-10 Central Avenue, #10 | | Farmingdale | NY | 11735 |
| Airport Park LLC | $ 2,035,547 | (516) 741-8440 | 143 Old Country Rd | | Carle Place | NY | 11514 |
| Alta Material Handling | $ 15,356 | (631) 253-2600 | 845 South 1St Street | | Ronkonkoma | NY | 11779 |
| Arrow (Aron) Security | $ 108,000 | | 55 Middletown Ave | | North Haven | CT | 06473 |
| Arrow Exterminating Co. | $ 1,424 | | 287-289 Broadway | | Lynbrook | NY | 11563 |
| Atlantic Container Lines (ACL) | $ 22,540 | (888) 225-7747 | 272 Bendix Road | Suite 300 | Virginia Beach | VA | 23452 |
| Certilman Balin Adler & Hyman, LLP | $ 21,861 | | 90 Merrick Ave | 9th Floor | East Meadow | NY | 11554 |
| CMA CGM (America) LLC | $ 5,500 | | 5701 Lake Wright Drive | | Norfolk | VA | 23502 |
| Cogen Waste Solutions LLC | $ 6,143 | | 860 Humboldt St | | Brooklyn | NY | 11222 |
| Comdata | $ 41,970 | | P. O. Box 500544 | | St Louis | MO | 63150 |
| COSCO Shipping Lines North America Inc. | $ 63,855 | | 15600 Jfk Blvd | Suite 400 | Houston | TX | 77032 |
| Descartes Systems Group | $ 2,400 | | 2030 Powers Ferry Rd Se | | Atlanta | GA | 30339 |
| Diesel Direct, Inc | $ 80,778 | | Po Box 135 | | Randolph | MA | 02068 |
| Direct ChassisLink | $ 17,434 | (704) 594-3800 | Po Box 603061 | | Charlotte | NC | 28260 |
| DocuSign Inc | $ 4,897 | | P.O. Box 735445 | | Dallas | TX | 75373 |
| Durable Diesel Inc | $ 46,680 | (718) 777-1274 | 448 Tiffany Street | | Bronx | NY | 10474 |
| East Coast Transport | $ 165,000 | (800) 257-7877 | 23 Mack Drive | Suite 102 | Edison | NJ | 08817 |
| East Penn Manufacturing Co Inc | Unknown | (610) 682-6361 | 102 Deka Rd | | Lyons | PA | 19536 |
| Evergreen Shipping Agency | $ 6,650 | | One Evertrust Plaza | | Jersey City | NJ | 07302 |
| Express Chassis LLC | $ 69,661 | (201) 852-6524 | 18 Dante Road | | Monroe Township | NJ | 08831 |
| Express Employment Professionals | $ 42,514 | | 99 Powerhouse Road | Suite 101 | Roslyn Heights | NY | 11577 |
| Fair Trade Outsourcing | $ 48,160 | (888) 631-0398 | 1 Brennan Drive | | Bryn Mawr | PA | 19010 |
| Fleetwash | $ 2,200 | (973) 882-8314 | P.O. Box 36014 | | Newark | NJ | 07188 |
| Flexi-Van Leasing LLC | $ 72,827 | (908) 276-8000 | 7320 E. Butherus Drive, Suite 201 | | Scottsdale | AZ | 85260 |
| FYX Fleet Roadside Assistance | $ 17,250 | | 500 Meijer Dr | #300 | Florence | KY | 41042 |
| Gabrielli Truck Leasing LLC | $ 759,925 | (718) 977-7348 | 153-20 S. Conduit Avenue | | Jamaica | NY | 11434 |
| Hale Trailer Brake & Wheel Inc | $ 4,003 | (856) 768-1330 | 551 Cooper Road | | West Berlin | NJ | 08091 |
| Hamburg Sud North America, Inc. | $ 56,365 | | 4 Chase Metrotech Center | | Brooklyn | NY | 11245 |
| Hapag-Lloyd | $ 23,230 | | 5515 Spalding Drive | | Peachtree Corners | GA | 30092 |
| HMM America Inc | $ 34,150 | | 222 Las Colinas Blvd West | Suite 700 | Irving | TX | 75039 |
| Hub Truck Rental Corp | $ 12,525 | (631) 391-1071 | 94 Gazza Blvd | | Farmingdale | NY | 11735 |
| Hyg Financial Services, Inc | $ 41,894 | (888) 964-1341 | P.O. Box 14545 | | Des Moines | IA | 50306 |
| Jamaica Ash & Rubbish Removal | $ 12,122 | (516) 333-5740 | P.O. Box 833 | | Westbury | NY | 11590 |
| JJS Transportation & Distribution Co., Inc. | $ 245,000 | | 600 N 2nd St | Suite 401 | Harrisburg | PA | 17101 |
| LHH Recruitment Solutions | $ 47,611 | | 10151 Deerwood Park Blvd | Bldg. 200-400 | Jacksonville | FL | 32256 |
| Maersk | $ 604,000 | | Arrowpoint Lane | | Charlotte | NC | 28273 |
| MSC Mediteranian Shipping Company | $ 94,600 | | 700 Watermark Boulevard | | Mount Pleasant | SC | 29464 |
| National Grid | $ 3,525 | | 300 Erie Blvd, West | | Syracuse | NY | 13202 |
| New York State Workers' Compensation Board | $ 40,000 | | 328 State Street | | Schenectady, Ny | NY | 12305 |
| ONE - Ocean Network Express North America Inc. | $ 242,392 | 8444136029Option3 | 8730 Stony Point Parkway | Suite 400 | Richmond | VA | 23235 |
| Paraco Gas Corporation | $ 2,898 | (914) 459-1102 | 10 Edison Ave. | | Mount Vernon | NJ | 10550 |
| Penske Truck Leasing | $ 91,832 | (718) 995-5100 | Po Box 827380 | | Philadelphia | PA | 19182 |
| Premier Trailer Leasing | $ 5,424 | (973) 484-0600 | Po Box 644859 | | Pittsburgh | PA | 15264 |
| Pridestaff | $ 22,007 | | PO Box 205287 | | Dallas | TX | 76320 |
| Proscreening | $ 9,987 | | P.O. Box 208967 | | Dallas | TX | 75320 |
| PSEG Long Island | $ 4,784 | (516) 931-6355 | 175 E Old Country Rd | | Hicksville | NY | 11801 |
| Randstand | $ 2,832 | | P.O. Box 7247-6655 | | Philadelphia | PA | 19170 |
| RLI Insurance Company | $ 35,000 | (404) 315-9515 | Department 3340 | Po Box 844122 | Kansas City | MO | 64184 |
| Roadrunner Towing & Truck Service LLC | $ 26,624 | (201) 538-0420 | 23 2Nd Street | | Kearny | NJ | 07032 |
| Sarcona Management Inc | Unknown | (973) 466-0026 | 10 North Ave E | | Elizabeth | NJ | 07201 |
| Sarcona Solutions LLC | Unknown | (973) 466-3033 | 481 Doremus Ave | | Newark | NJ | 07105 |
| Service Tire Truck Center Inc | $ 23,198 | (610) 694-8473 | 2255 Avenue A | | Bethlehem | PA | 18107 |
| Solomon Page | $ 38,581 | | 260 Madison Avenue | 4F | New York | NY | 10016 |
| Spectrum | $ 1,680 | | P.O. Box 60588 | | Los Angeles | CA | 90060 |
| TRAC Intermodal | $ 925,000 | (609) 452-8900 | 750 College Road East | | Princeton | NJ | 08540 |
| Verizon Connect | $ 36,000 | (949) 389-5500 | 20 Enterprise | Suite 100 | Aliso Viejo | CA | 92656 |
| Vital Transportation Corp. | $ 18,352 | (732) 515-9361 | Vital Transportation Corp. | Po Box 693 | Edison | NJ | 08818 |
| XTRA Lease LLC | $ 742,464 | | Po Box 219562 | | Kansas City | MO | 64121 |
| Yang Ming (America) Corp. | $ 21,330 | | 3250 Briarpark Drive | Suite 201 | Houston | TX | 77042 |
| Zim American Integrated Shipping Services Co., LLC | $ 125,065 | (757) 228-1300 | 5801 Lake Wright Drive | | Norfolk | VA | 23502 |

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x

**In Re:**

JJS Transportation & Distribution Co., Inc.
24 Locust St.
Manhasset, NY 11030

**Case No.** n/a

**Chapter** 11

**Debtor(s)**

---------------------------------------------------------x

# VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

       The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated: Central Islip, New York
       April 17, 2023

 

_____
Debtor

_____
Joint Debtor

 s/_____
Attorney for Debtor

A1 Professional Cleaning and Maintenance Inc
17610 Central Avenue 10
Farmingdale NY 11735

Airport Park LLC
143 Old Country Rd
Carle Place NY 11514

Alta Material Handling
845 South 1St Street
Ronkonkoma NY 11779

Arrow Aron Security
55 Middletown Ave
North Haven CT 6473

Atlantic Container Lines ACL
272 Bendix Road Suite 300
Virginia Beach VA 23452

Carol Brathwaite  Elefterakis Elefterakis & Panek
80 Pine Street 38th Floor 38th Floor
New York NY 10005

Certilman Balin Adler & Hyman LLP
90 Merrick Ave  9th Floor
East Meadow NY 11554

CMA CGM America LLC
5701 Lake Wright Drive
Norfolk VA 23502

Cogen Waste Solutions LLC
Brooklyn NY 11222

Comdata
P. O. Box 500544
St Louis MO 63150

COSCO Shipping Lines North America Inc.
15600 Jfk Blvd Suite 400
Houston TX 77032

Descartes Systems Group
2030 Powers Ferry Rd Se
Atlanta GA 30339

```
Diesel Direct Inc
Po Box 135
Randolph MA 2068

Direct ChassisLink
Po Box 603061
Charlotte NC 28260

DocuSign Inc
P.O. Box 735445
Dallas TX 75373

Durable Diesel Inc
448 Tiffany Street
Bronx NY 10474

East Coast Transport
23 Mack Drive Suite 102
Edison NJ 8817

East Penn Manufacturing Co Inc
Lyons PA 19536

Evergreen Shipping Agency
One Evertrust Plaza
Jersey City NJ 7302

Express Chassis LLC
18 Dante Road
Monroe Township NJ 8831

Express Employment Professionals
99 Powerhouse Road Suite 101
Roslyn Heights NY 11577

Fair Trade Outsourcing
1 Brennan Drive
Bryn Mawr PA 19010

Fleetwash
P.O. Box 36014
Newark NJ 7188

FlexiVan Leasing LLC
7320 E. Butherus Drive Suite 201
Scottsdale AZ 85260
```

```
FYX Fleet Roadside Assistance
500 Meijer Dr  300
Florence KY  41042

Gabrielli Truck Leasing LLC
15320 S. Conduit Avenue
Jamaica NY 11434

Hale Trailer Brake & Wheel Inc
551 Cooper Road
West Berlin NJ 8091

Hamburg Sud North America Inc.
4 Chase Metrotech Center
Brooklyn NY 11245

HapagLloyd
5515 Spalding Drive
Peachtree Corners GA 30092

HMM America Inc
222 Las Colinas Blvd West  Suite 700
Irving TX 75039

Hub Truck Rental Corp
94 Gazza Blvd
Farmingdale NY 11735

HYG Financial Services Inc
P.O. Box 14545
Des Moines IA 50306

Jamaica Ash & Rubbish Removal
P.O. Box 833
Westbury NY 11590

JJS Transportation & Distribution Co. Inc.
600 N 2nd St Suite 401
Harrisburg PA 17101

LHH Recruitment Solutions
10151 Deerwood Park Blvd Bldg. 200400
Jacksonville FL 32256

Maersk
Arrowpoint Lane
Charlotte NC 28273
```

MSC Mediterranean Shipping Company
700 Watermark Boulevard
Mount Pleasant SC 29464

National Grid
300 Erie Blvd West
Syracuse NY 13202

New York State Insurance Fund
199 Church St
Schenectady NY 12305

New York State Workers Compensation Board
328 State Street
Schenectady NY 12305

ONE Ocean Network Express North America Inc.
8730 Stony Point Parkway Suite 400
Richmond VA 23235

Paraco Gas Corporation
10 Edison Ave.
Mount Vernon NJ 10550

Penske Truck Leasing
Po Box 827380
Philadelphia PA 19182

Premier Trailer Leasing
Po Box 644859
Pittsburgh PA 15264

Pridestaff
PO Box 205287
Dallas TX 76320

Proscreening
P.O. Box 208967
Dallas TX 75320

PSEG Long Island
175 E Old Country Rd
Hicksville NY 11801

Randstand
P.O. Box 72476655

```
Philadelphia PA 19170

RLI Insurance Company
Department 3340 Po Box 844122
Kansas City MO 64184

Roadrunner Towing & Truck Service LLC
23 2Nd Street
Kearny NJ 7032

Sarcona Management Inc
Elizabeth NJ 7201

Sarcona Solutions LLC
Newark NJ 7105

Service Tire Truck Center Inc
2255 Avenue A
Bethlehem PA 18107

Solomon Page
260 Madison Avenue 4F
New York NY 10016

Spectrum
P.O. Box 60588
Los Angeles CA 90060

TRAC Intermodal
750 College Road East
Princeton NJ 8540

Verizon Connect
20 Enterprise Suite 100
Aliso Viejo CA 92656

Vital Transportation Corp.
Vital Transportation Corp. Po Box 693
Edison NJ 8818

XTRA Lease LLC
Po Box 219562
Kansas City MO 64121

Yang Ming America Corp.
3250 Briarpark Drive  Suite 201
Houston TX 77042
```

```
Zim American Integrated Shipping Services Co. LLC
5801 Lake Wright Drive
Norfolk VA 23502
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK
**www.nyeb.uscourts.gov**

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):** JJS Transportation & Distribution Co., Inc._____  **CASE NO.:**_____

     Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor (or any other petitioner) hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

**[NOTE:** Cases shall be deemed "Related Cases" for purposes E.D.N.Y LBR 1073-1 and E.D.N.Y LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

✓   **NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.**

    **THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:**

1. **CASE NO.:**_____ **JUDGE:**_____ **DISTRICT/DIVISION:**_____

   **CASE PENDING: (YES/NO):**_____ [*If closed*] **Date of Closing:**_____

   **CURRENT STATUS OF RELATED CASE:**_____
                                  **(Discharged/awaiting discharge, confirmed, dismissed, etc.**

       **MANNER IN WHICH CASES ARE RELATED:** (*Refer to NOTE above*):_____

- **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - <u>INDIVIDUAL</u>" PART 1 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

- **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - <u>NON-INDIVIDUAL</u>" PART 9 (REAL PROPERTY):** REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES:
  _____

2. **CASE NO.:**_____ **JUDGE:**_____ **DISTRICT/DIVISION:**_____

   **CASE PENDING: (YES/NO):**_____ [*If closed*] **Date of Closing:**_____

   **CURRENT STATUS OF RELATED CASE:**_____
                                  **(Discharged/awaiting discharge, confirmed, dismissed, etc.**

       **MANNER IN WHICH CASES ARE RELATED:** (*Refer to NOTE above*):_____

- **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - <u>INDIVIDUAL</u>" PART 1 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

- **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - <u>NON-INDIVIDUAL</u>" PART 9 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES:_____

**DISCLOSURE OF RELATED CASES (cont'd)**

3.  **CASE NO.:** _____  **JUDGE:** _____  **DISTRICT/DIVISION:** _____

    **CASE PENDING: (YES/NO):** _____  [*If closed*] **Date of Closing:** _____

    **CURRENT STATUS OF RELATED CASE:** _____
    **(Discharged/awaiting discharge, confirmed, dismissed, etc.**

    **MANNER IN WHICH CASES ARE RELATED:** (*Refer to NOTE above*): _____

- **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - <u>INDIVIDUAL</u>" PART 1** (**REAL PROPERTY**):
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

- **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - <u>NON-INDIVIDUAL</u>" PART 9** (**REAL PROPERTY**): REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES:
  _____

**NOTE:** Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

**TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:**

I am admitted to practice in the Eastern District of New York (Y/N): _____

**CERTIFICATION** (to be signed by pro-se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case pending or pending at any time, except as indicated elsewhere on this form.

_____     _____*/s/ Joe Saxona/*_____
**Signature of Debtor's Attorney**                          **Signature of Pro-se Debtor/Petitioner**

                                                              24 Locust St.
                                                              **Mailing Address of Debtor/Petitioner**

                                                              Manhasset, NY 11030
                                                              **City, State, Zip Code**

                                                              ap@jjstransportation.com
                                                              **Email Address**

                                                              516-256-1561
                                                              **Area Code and Telephone Number**

**Failure to fully and truthfully provide all information required by the E.D.N.Y LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.**

**NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.**



**JJS Transportation & Distribution Co., Inc.**
24 Locust St., Manhasset, NY 11030
info@jjstransportation.com | +1-516-256-1561
www.jjstransportation.com

Title: Resolution to Authorize Filing for Bankruptcy under Chapter 11, Subchapter V

State: New York

WHEREAS, the Board of Directors of JJS Transportation & Distribution Co., Inc. (the "Company") has carefully reviewed and considered the current financial situation and prospects of the Company;

WHEREAS, the Board has determined that the Company is facing financial difficulties that may adversely affect its ability to continue operations and meet its obligations to creditors;

WHEREAS, the Board has concluded that it is in the best interest of the Company and its creditors to seek financial reorganization through the filing of a voluntary petition for bankruptcy under Chapter 11, Subchapter V of the United States Bankruptcy Code;

NOW, THEREFORE, BE IT RESOLVED that:

The Company is hereby authorized to prepare and file a voluntary petition for relief under Chapter 11, Subchapter V of the United States Bankruptcy Code in the appropriate United States Bankruptcy Court.

The President, or any other authorized officer of the Company, is hereby authorized and directed to execute and file the voluntary petition for bankruptcy on behalf of the Company, and to take all necessary actions and steps required or appropriate to initiate and complete the bankruptcy process, including retaining legal counsel and other professionals, as deemed necessary.

This resolution has been duly adopted by the Board of Directors and has been consented to by all members of the Board.

IN WITNESS WHEREOF, the undersigned has executed this Corporate Resolution as of April 18, 2023.

*[signature]*                                                 *[signature]*

Joseph Sarcona III, President                          Joseph Sarcona III, Secretary

**JJS**

**JJS Transportation & Distribution Co., Inc.**
24 Locust St., Manhasset, NY 11030
info@jjstransportation.com | +1-516-256-1561
www.jjstransportation.com

April 1 , 2023

Re: Statement on Filing Financial Statements for Bankruptcy under Chapter 11, Subchapter V

This is to confirm at the time filing the updated Balance Sheet, Statement of Operations, Cash-flow Statement, and Federal Income Tax Returns are still under preparation and will be submitted post-initial filing, but no later than 14 days.

*[signature: Joe Sarcona]*

Joseph Sarcona III, President